**Order entered November 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00948-CV

### JOYCE ANN GRAY, ET AL., Appellants

### V.

### NATIONSTAR MORTGAGE D/B/A MR. COOPER, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03758-B**

## ORDER

Before the Court is appellee's October 23, 2019 motion to dismiss this appeal for want of prosecution. We **DENY** the motion.

The reporter's record is overdue. As the docketing statement shows appellant requested preparation of the reporter's record and the record reflects that appellant is entitled to proceed without costs, we **ORDER** Robin Washington, Official Court Reporter for County Court at Law No. 2, to file the reporter's record **within ten days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Washington and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE